DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARRICK HAUGHTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D13-530
and 4D13-531

[December 10, 2014]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case Nos. 502012CF009781A and 502008CF009036A.

Carey Haughwout, Public Defender, and Paul E. Petillo, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

We affirm appellant's adjudications and sentences in these two consolidated appeals presented under *Anders v. California*, 386 U.S. 738 (1967), but remand for the trial court to enter a written order which specifies the conditions of probation appellant was found to have violated in lower court case number 502008CF009036A. *See Turner v. State*, 84 So. 3d 389 (Fla. 4th DCA 2012)*; Petrie v. State*, 980 So. 2d 1209 (Fla. 4th DCA 2008). Appellant need not be present.

*Affirmed but remanded with instructions.*

DAMOORGIAN, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***